# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

MINDY L. HAYDEN

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj32/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One, Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 C.F.R. § 210 and FSS 322.34(1) | Driving with Suspended License Without Knowledge | 11/12/07 | One |
| 32 C.F.R. § 210 and FSS 320.0605 | Failure to have Vehicle Registration | 11/12/07 | Two |
| 32 C.F.R. § 210 and FSS 316.646 | No proof of Insurance | 11/12/07 | Three |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than March 19 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 15.00 | $ 120.00 | $ 0.00 |

Date of Imposition of Sentence - 2/20/08

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 2-26-08